**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

COURTNEY RAVEN KINCY,

    Plaintiff,

v.                                                               Case No. 6:25-cv-659-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **<u>ORDER</u>**

In this Social Security appeal, Plaintiff challenges the denial of her application for supplemental security income benefits. (Doc. 1.) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends affirming the Commissioner's decision, granting judgment in favor of the Commissioner, and closing the file. (Doc. 26 ("R&R").) Neither party objected, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 26) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.    The final decision of the Commissioner is **AFFIRMED**.

3.   The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 9, 2026.



ROY B. DALTON, JR.
United States District Judge